

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00242-CR

Rudy **MENDEZ**,
Appellant

v.

The **STATE** of Texas,

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2880
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 22, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice